```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

Frank Rafael Enriquez,

        Plaintiff,

vs.                                    Case No.  2:05-cv-265-FtM-33DNF

Monica A. David
*in her capacity as Chair,*
*Florida Parole Commission,*

        Defendant.
_____/

## ORDER

This matter comes before the Court on Emergency Petition for Writ of Prohibition and Request for Temporary Writ of Prohibition or Alternatively Request for Temporary Injunction without Notice. (Doc. #1) filed on June 3, 2005.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motion.  For purposes of judicial economy and in order to expedite the disposition of the Plaintiff's motion, the Court shall so refer the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The pending Emergency Petition for Writ of Prohibition and Request for Temporary Writ of Prohibition or Alternatively Request for Temporary Injunction without Notice.  (Doc. #1) is hereby **referred** to Douglas N. Frazier, United States Magistrate Judge, for

the issuance of a Report and Recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 6th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record